## S90O0023. MOORE v. JAMES.
(386 SE2d 661)

MARSHALL, Chief Justice.

This case involves a petition for a writ of mandamus to compel a superior court judge to act on a motion for new trial.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson,* 251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED NOVEMBER 1, 1989.

James Claude Moore, *pro se.*
*Frank C. Winn, District Attorney,* for appellee.